

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00003-CV

**TEXAS ASSOCIATION OF COUNTY EMPLOYEES**,
Appellant

v.

Nelson **WOLFF**, County Judge of Bexar County; Bexar County Commissioners Justin Rodriguez,[1] Sergio "Chico" Rodriguez, Tommy Calvert, and Kevin Wolff; and Bexar County, Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-14932
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order granting the amended plea to the jurisdiction is AFFIRMED. We ORDER that appellees are awarded the costs they incurred related to this appeal.

SIGNED July 17, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] Appellee Paul Elizondo's successor, Bexar County Commissioner Justin Rodriguez, is automatically substituted in his stead under Texas Rule of Appellate Procedure 7.2. *See* TEX. R. APP. P. 7.2.